IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KAJ JONATHAN EMIL KARLSSON,<br><br>Petitioner,<br><br>vs.<br><br>HULDAH M. KARLSSON,<br><br>Respondent. | CV 22–85–M–DWM<br><br><br><br>ORDER |

Petitioner Kaj Jonathan Emil Karlsson and Respondent Huldah M. Karlsson have reached an agreement for the minor child's voluntary return to Sweden with the Petitioner on or about May 17, 2022. (See Doc. 9.) They have stipulated to dismiss this action on May 20, 2022 with prejudice absent a showing by the Petitioner that the Respondent has not permitted the minor child's return with the Petitioner prior to that date. The parties have further stipulated and agreed that each pay his or her own costs and fees incurred in the Hague Convention proceedings, that they will share equally in the airfare for the minor child's return, and that any imposition of costs and fees upon Respondent pursuant to 22 U.S.C. § 9007(b)(3) would be clearly inappropriate.

1

This matter may be dismissed without court order pursuant to Rule 41(a) of the Federal Rules of Civil Procedure as all parties having appeared in this matter have stipulated to its dismissal.

Based on the foregoing, IT IS ORDERED that:

(1) This matter shall be dismissed with prejudice on May 20, 2022 absent a showing by that date that the Respondent has not permitted the minor child's return to Sweden with the Petitioner prior to that date;

(2) The Clerk of Court shall immediately release the passports of the minor child and the Respondent to Petitioner's counsel;

(3) No costs or fees shall be imposed upon the Respondent.

(4) The Court's May 9, 2022 Order (Doc. 7) is VACATED, with the exception of parts (1) (requiring a copy of the Order be provided to the Montana Eleventh Judicial District Court, Flathead County) and (5) (requiring redacted pleadings for the public record).

(5) The final evidentiary hearing set for May 13, 2022 in this matter is VACATED.

DATED this 12th day of May, 2022.

Donald W. Molloy, District Judge
United States District Court