IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KAJ JONATHAN EMIL KARLSSON, | CV 22–85–M–DWM |
| Petitioner, | |
| vs. | ORDER |
| HULDAH M. KARLSSON, | |
| Respondent. | |

No showing having been made that Respondent has not permitted the minor child's return to Sweden by this date,

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE. Each party is to pay his or her own costs and fees.

DATED this 20th day of May, 2022.

Donald W. Molloy, District Judge
United States District Court